# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DENNIS CURRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:18-cv-01969-KOB-SGC |
| | ) | |
| LIMESTONE CORRECTIONAL | ) | |
| FACILITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This is an action filed pursuant to 42 U.S.C. § 1983 by a prisoner proceeding *pro se*. On April 12, 2019, the magistrate judge entered a report recommending this action be dismissed without prejudice for failure to prosecute. (Doc. 11). Although the plaintiff was advised of his right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** its recommendations. Accordingly, this action is due to be dismissed without prejudice for failure to prosecute. The court will enter a separate order.

The court directs the Clerk to serve a copy of this memorandum opinion and the accompanying order of dismissal on the plaintiff.

**DONE** and **ORDERED** this 7th day of May, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT
JUDGE